UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. CROIX CHIPPEWA INDIANS OF WISCONSIN<br><br>v.<br><br>DIRK KEMPTHORNE<br>in his official capacity as SECRETARY OF INTERIOR<br><br>and<br><br>CARL J. ARTMAN<br>in his official capacity as ASSISTANT SECRETARY - INDIAN AFFAIRS<br><br>Defendants. | CASE NO. _____ |

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned counsel of record for the St. Croix Chippewa Indians of Wisconsin certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the St. Croix Chippewa Indians of Wisconsin, which have any outstanding securities in the hands of the public. None.

151917

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record,

_____
Signature

| | |
|---|---|
| _____62950_____ | Robert M. Adler |
| Bar Identification Number | O'Connor & Hannan, L.L.P. |
| | 1666 K Street, NW, Suite 500 |
| | Washington, DC 20006 |
| | (202) 887-1400 |

Dated: December 7, 2007

151917                             2