CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE ST. CROIX CHIPPEWA INDIANS )
    OF WISCONSIN                )
                                    )
          Plaintiff             )
                                    )
        v.                    )    Civil Case Number 07-2210 (RCL)
                                    )
DIRK KEMPTHORNE, et al.       )    Category    D
                                    )
          Defendant       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 10, 2007</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Randomly reassigned)

                              <u>JUDGE ELLEN S. HUVELLE</u>
                              Chair, Calendar and Case
                              Management Committee

cc:    <u>Judge Roberts</u> & Courtroom Deputy
       <u>Judge Lamberth</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk