UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2210 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

I hereby RECUSE.

SO ORDERED.

_____     __12/10/07__
United States District Judge Royce C. Lamberth            Date