IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, in his official capacity as )<br>SECRETARY OF INTERIOR, and CARL J. )<br>ARTMAN, in his official capacity as ASSISTANT )<br>SECRETARY FOR INDIAN AFFAIRS )<br>)<br>*Defendants*. )<br>) | Civ. No. 1:07-cv-02210-RJL |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendants. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below.

Respectfully submitted this 10th day of December, 2007.

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General

By:    */s/ Kristofor R. Swanson*
           KRISTOFOR R. SWANSON
           (Colo. Bar No. 39378)
           U.S. Department of Justice
           Environment & Natural Resources Division
           Natural Resources Section
           P.O. Box 663

Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004