IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE )<br>in his official capacity as SECRETARY OF )<br>INTERIOR )<br>)<br>and )<br>)<br>CARL J. ARTMAN )<br>in his official capacity as ASSISTANT )<br>SECRETARY – INDIAN AFFAIRS )<br>)<br>Defendants. ) | Case No. 1:07-CV-02210 RJL |

**NOTICE OF APPEARANCE OF C0-COUNSEL**

Please enter the appearance of Gerald H. Yamada as Co-Counsel for Plaintiff. Mr. Yamada is registered to use this Court's Electronic Case Filing System (ECIF), and may be served electronically. Alternatively, notices, orders, or other papers may be sent to Mr. Yamada at the address below.

Respectfully submitted this 11th day of December 2007.

Robert M. Adler, Bar #62950<br>
O'CONNOR & HANNAN, L.L.P.<br>
1666 K Street, N.W., Suite 500<br>
Washington, D.C. 20006-2803<br>
(202) 887-1400<br>
Fax:  202-887-6186<br>
Radler@oconnorhannan.com

By:     */s/ Gerald H. Yamada*
Gerald H. Yamada, Bar #194092
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1400
Fax: 202-887-6186
Gyamada@oconnorhannan.com

*Attorneys for the St. Croix Chippewa Indians of Wisconsin*