CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE ST. CROIX CHIPPEWA INDIANS  )
   OF WISCONSIN  )
                                                      )
                       Plaintiff              )
                                                   )
           v.                        )    Civil Case Number 07-2210 (RJL)
                                                 )
DIRK KEMPTHORNE, et al.        )    Category    D
                                                 )
                 Defendant      )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on December 10, 2007 from Judge Royce C. Lamberth to Judge Richard J. Leon by direction of the Calendar Committee.

(Randomly reassigned)

                                        JUDGE ELLEN S. HUVELLE
                                        Chair, Calendar and Case
                                        Management Committee

cc:     Judge Lamberth & Courtroom Deputy
        Judge Leon & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk