## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN,  )<br><br>*Plaintiff*,  )<br><br>v.  )<br><br>DIRK KEMPTHORNE, in his official capacity as  )<br>SECRETARY OF INTERIOR, and CARL J.  )<br>ARTMAN, in his official capacity as ASSISTANT  )<br>SECRETARY FOR INDIAN AFFAIRS  )<br><br>*Defendants*.  ) | Civ. No. 1:07-cv-02210-RJL |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Sara E. Culley as Counsel for the Defendants. Ms. Culley is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Ms. Culley at the address below.

DATED:   December 11, 2007         Respectfully submitted,

                                    RONALD J. TENPAS
                                    Acting Assistant Attorney General


                                         /s/ Sara E. Culley
                                    SARA E. CULLEY (K.S. Bar No. 20898)
                                    Trial Attorney
                                    United States Department of Justice
                                    Natural Resources Section
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    Tel: (202) 305-0466

Facsimile: (202) 305-0267
E-mail: sara.culley@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004