IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    *Defendants*. | Civ. No. 1:07-cv-02210-RJL |

## STIPULATION

Following the December 12, 2007, hearing on the Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 4) filed by the St. Croix Chippewa Indians of Wisconsin (Plaintiff) in the above captioned action, the Parties stipulate as follows:

1. Federal Defendants acknowledge they are in receipt of, and continue to review, Plaintiff's application under 25 C.F.R. Part 151 and 25 U.S.C. § 2719(b)(1)(A) to take land into trust for the proposed Beloit Casino Project, as submitted by Plaintiff and the Bad River Band of Lake Superior Chippewa Indians ("Application").

2. Federal Defendants will not issue, or cause to be issued, a decision under 25 C.F.R. Part 151 on the Application until after January 31, 2008.

3. Federal Defendants have further agreed that, after January 31, 2008, Plaintiff and the Court will be given twenty-one (21) days prior written notice to any issuance of a 25 C.F.R. Part 151 determination prior to the issuance of a Secretarial determination pursuant to 25 U.S.C. § 2719(b)(1)(A).

4.        Accordingly, February 22, 2008, is the soonest a decision under 25 C.F.R. Part 151 would be issued on the Application.

Respectfully submitted this 17th day of December, 2007.

| | |
|---|---|
| */s/ Kristofor R. Swanson (via authority given on December 17, 2007)* | RONALD J. TENPAS<br>Acting Assistant Attorney General |
| Robert M. Adler, Bar #62950<br>Gerald H. Yamada, Bar #194092<br>O'CONNOR & HANNAN, LLP<br>1666 K Street, NW, Suite 500<br>Washington, DC 20006-2803<br>Tel: 202-887-1400<br>Fax: 202-887-6186<br>radler@oconnorhannan.com<br>gyamada@oconnorhannan.com | */s/ Kristofor R. Swanson*<br><br>SARA E. CULLEY  (KS #20898)<br>United States Department of Justice<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C.  20044-0663<br>Tel: (202) 305-0466<br>Fax: (202) 305-0267<br>Email: sara.culley@usdoj.gov |
| *Attorneys for Plaintiff* | KRISTOFOR R. SWANSON<br>(Colo. Bar No. 39378)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Tel: 202-305-0248<br>Fax: 202-305-0506<br>Email: kristofor.swanson@usdoj.gov |
| Of Counsel:<br><br>Andrew Adams, III<br>St. Croix Chippewa Indians of Wisconsin<br>24663 Angeline Avenue<br>Webster, WI 54893 | |
| | *Attorneys for Federal Defendants*<br><br>Of Counsel:<br><br>Jonathan Damm<br>U.S. Department of the Interior<br>Office of the Solicitor<br>Division of Indian Affairs |

SO ORDERED:

_____
United States District Judge

_____
Date