IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE ST. CROIX CHIPPEWA INDIANS OF )
WISCONSIN, )
 )
 *Plaintiff*, )
 )
v. ) Civ. No. 1:07-cv-02210-RJL
 )
DIRK KEMPTHORNE, et al., )
 )
 *Defendants*. )
_____)

### STIPULATION

Following the December 12, 2007, hearing on the Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 4) filed by the St. Croix Chippewa Indians of Wisconsin (Plaintiff) in the above captioned action, the Parties stipulate as follows:

1. Federal Defendants acknowledge they are in receipt of, and continue to review, Plaintiff's application under 25 C.F.R. Part 151 and 25 U.S.C. § 2719(b)(1)(A) to take land into trust for the proposed Beloit Casino Project, as submitted by Plaintiff and the Bad River Band of Lake Superior Chippewa Indians ("Application").

2. Federal Defendants will not issue, or cause to be issued, a decision under 25 C.F.R. Part 151 on the Application until after January 31, 2008.

3. Federal Defendants have further agreed that, after January 31, 2008, Plaintiff and the Court will be given twenty-one (21) days prior written notice to any issuance of a 25 C.F.R. Part 151 determination prior to the issuance of a Secretarial determination pursuant to 25 U.S.C. § 2719(b)(1)(A).



4.  Accordingly, February 22, 2008, is the soonest a decision under 25 C.F.R. Part 151 would be issued on the Application.

Respectfully submitted this 17th day of December, 2007.

<div style="display: flex;">

*/s/ Kristofor R. Swanson (via authority given on December 17, 2007)*

Robert M. Adler, Bar #62950
Gerald H. Yamada, Bar #194092
O'CONNOR & HANNAN, LLP
1666 K Street, NW, Suite 500
Washington, DC 20006-2803
Tel: 202-887-1400
Fax: 202-887-6186
radler@oconnorhannan.com
gyamada@oconnorhannan.com

*Attorneys for Plaintiff*

Of Counsel:

Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

</div>

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Kristofor R. Swanson*

SARA E. CULLEY  (KS #20898)
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0466
Fax: (202) 305-0267
Email: sara.culley@usdoj.gov

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

Of Counsel:

Jonathan Damm
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs

SO ORDERED:

_____
United States District Judge

Date: 1/3/08