IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 1:07-cv--02210-RJL |
| DIRK KEMPTHORNE, et al. | ) ) | Next Scheduled Court Deadline: Oral Argument at 2:00 P.M. on |
| Defendants. | ) ) ) | January 15, 2008 |

### CERTIFICATE OF COUNSEL AS REQUIRED BY LCvR 65.1(a)

Pursuant to LCvR 65.1(a), the undersigned counsel for the Plaintiff hereby states that a copy of the actual notice of the time of making this application for a Temporary Restraining Order and copies of all pleadings and papers filed in this action to date or to be presented at the hearing for a Temporary Restraining Order have been furnished to counsel for the Federal Defendants by virtue of this Court's ECF system which published these filings and provided electronic copies, to counsel of record for the Federal Defendants on January 14, 2008 at 7:47 P.M.

152364

Respectfully submitted,

    /s/ Robert M. Adler
Robert M. Adler, Bar #62950
Gerald H. Yamada, Bar #194092
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1400
Fax: 202-785-4047
Radler@oconnorhannan.com
Gyamada@oconnorhannan.com

*Attorneys for the St. Croix Chippewa Indians of Wisconsin*

Of Counsel:
Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Dated: January 14, 2008

152364    2