IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN )<br><br>Plaintiff, )<br><br>v. )<br><br>DIRK KEMPTHORNE, et al. )<br><br>Defendants. ) | Civ. No. 1:07-cv--02210-RJL<br><br>Next Scheduled Court Deadline:<br>Oral Argument at 2:00 P.M. on<br>January 15, 2008 |

## PLAINTIFF'S MOTION TO SEAL
## PENDING FURTHER ORDER OF THIS COURT

The Plaintiff, by and through counsel, hereby moves this Court, pursuant to LCvR 5.1(j)(1) to seal, pending further Order of this Court, the attached Memorandum of Points and Authorities, together with its exhibits.

The Plaintiff's Memorandum of Points and Authorities is appended hereto.

A proposed Order is also attached hereto.

**RECEIVED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

152410

WHEREFORE, for the premises considered, the Plaintiff submits that its motion should be granted.

Respectfully submitted,

Robert M. Adler, Bar #62950
Gerald H. Yamada, Bar #194092
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1428
Fax: (202) 785-4047
Radler@oconnorhannan.com
Gyamada@oconnorhannan.com

*Attorneys for the St. Croix Chippewa Indians of Wisconsin*

Of Counsel:
Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Dated: January 14, 2008