IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN, )<br>)<br>*Plaintiff*, )<br>)<br>*v.* )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>*Defendants.* )<br>) | Civ. No. 1:07-cv-02210-RJL |

## PARTIES' FIRST JOINT MEET AND CONFER STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and this Court's standing Case Management Order (Doc. No. 9), the Parties' attorneys held a conference call on January 17, 2008. Discussions included the case's current procedural status, the potential for any discovery, and early discussions on the possibility of settlement. Both Parties agree that this case, should it reach the merits, can be disposed of with cross motions for summary judgment or dismissal. Given that a dispositive motion is already before the Court, however, the Parties agree and recommend that a proposed scheduling order and complete report under Local Civil Rule 16.3 would be more appropriately submitted after the Court has rendered a decision on Plaintiff's present Motion for Preliminary Injunction (Doc. No. 4) and Federal Defendants' present Motion to Dismiss (Doc. No. 14). This extension will allow the Parties the opportunity to propose more concrete dates for a briefing schedule, thereby solidifying the schedule on both the Parties' and Court's calendars.

THEREFORE, the Parties respectfully request that a Local Civil Rule 16.3 report and accompanying proposed scheduling order be submitted jointly by the Parties not more than fourteen (14) days following the latter of any order(s) on the present Motion for Preliminary Injunction and Motion to Dismiss.

Respectfully submitted this 24th day of January, 2008.

| | |
|---|---|
| __/s/ Kristofor R. Swanson (via authority granted on January 24, 2008)__<br>Robert M. Adler, Bar # 62950<br>Gerald H. Yamada, Bar # 194092<br>O'CONNOR & HANNAN, LLP<br>1666 K Street, NW, Suite 500<br>Washington, DC 20006-2803<br>Tel: 202-887-1400<br>Fax: 202-887-6186<br>radler@oconnorhannan.com<br>gyamada@oconnorhannan.com<br><br>*Attorneys for Plaintiff*<br><br>Of Counsel:<br><br>Andrew Adams, III<br>St. Croix Chippewa Indians of Wisconsin<br>24663 Angeline Avenue<br>Webster, WI 54893 | RONALD J. TENPAS<br>Assistant Attorney General<br><br>_____/s/ Kristofor R. Swanson_____<br>SARA E. COSTELLO<br>(KS #20898)<br>United States Department of Justice<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Tel: (202) 305-0466<br>Fax: (202) 305-0267<br>Email: sara.costello@usdoj.gov<br><br>KRISTOFOR R. SWANSON<br>(Colo. # 39378)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Tel: 202-305-0248<br>Fax: 202-305-0506<br>Email: kristofor.swanson@usdoj.gov<br><br>*Attorneys for Federal Defendants*<br><br>Of Counsel:<br><br>Jonathan Damm<br>U.S. Department of the Interior<br>Office of the Solicitor<br>Division of Indian Affair |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN, )<br>)<br>    *Plaintiff*, )<br>)<br>    *v.* )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>    *Defendants.* )<br>) | Civ. No. 1:07-cv-02210-RJL |

**[PROPOSED] ORDER**

Whereas, Plaintiff's Motion for Preliminary Injunction and Federal Defendants' Motion to Dismiss are presently before the Court, it is hereby:

ORDERED that the Parties will submit a joint report and proposed scheduling ordered as required by Local Civil Rule 16.3 within fourteen (14) days of the latter of any order(s) on the present Motion for Preliminary Injunction and Motion to Dismiss.

Dated: _____.

 

                                                                                _____
                                                                                Richard J. Leon
                                                                                United States District Judge