# IN THE UNITED STATES THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civ. No. 1:07-cv-02210-RJL |
| DIRK KEMPTHORNE, et al. | ) ) | Next Scheduled Court Deadline: None |
| *Defendants.* | ) ) | |

## SECOND STIPULATION AND ORDER

The parties hereto, by and through their respective counsel, hereby agree and stipulate as follows:

1.     On December 10, 2007, the Plaintiff filed its Motion for a Temporary Restraining Order and Preliminary Injunction ("First Motion"). The Court has treated this as a Motion for a Preliminary Injunction, to which the parties have agreed. The Federal Defendants filed an opposition to the First Motion and the Plaintiff thereafter filed its reply. With their response, Federal Defendants also filed a Motion to Dismiss. Oral argument on Plaintiff's First Motion was held before this Court on January 15, 2008. The matter has been submitted to this Court and the parties are awaiting its decision.

2.     On January 14, 2008, the Plaintiff filed a Second Motion for Temporary Restraining Order and a Preliminary Injunction ("Second Motion"). The Court is also treating this as a Motion for a Preliminary Injunction, to which the parties have agreed. The Plaintiff has not made a request, pursuant to LCvR 65.1(d), that the Court hold a hearing on its Second Motion for a Preliminary Injunction within 20 days.

3. The parties stipulate and agree that all briefing on Plaintiff's Second Motion will be stayed until the Court has the opportunity to issue a decision on Plaintiff's First Motion.

4. Should the Court grant the Plaintiff's First Motion, the parties stipulate and agree that the Federal Defendants will not be required to file a response to the Second Motion. The parties further agree and stipulate that, in these circumstances, the parties will not request the Court to hold a hearing or take any action with respect to the Second Motion, so long as the Preliminary Injunction remains in place. Should the Court later dissolve any Preliminary Injunction issued under Plaintiff's First Motion, the Federal Defendants will file their response to Plaintiff's Second Motion within 10 days after the date of dissolution, and the Plaintiff will file any reply on or before 5 days thereafter. The parties request that the Court thereafter proceed to schedule and hold a hearing, at its convenience, so that argument can be heard on Plaintiff's Second Motion. Further, in the event the Court should grant Plaintiff's First Motion and subsequently enlarge the Preliminary Injunction to a Permanent Injunction, Federal Defendants will not be required to respond to Plaintiff's Second Motion.

5. Should the Court deny both the Plaintiff's First Motion and Federal Defendants' Motion to Dismiss, the Federal Defendants will file their response to Plaintiff's Second Motion on or before 10 days from the date of any such Order by this Court, and the Plaintiff will file any reply on or before 5 days thereafter. Should the Plaintiff's First Motion and Federal Defendants' Motion to Dismiss be denied by separate Orders, Federal Defendants will file their response to Plaintiff's Second Motion on or before 10 days from the date of the second of such Orders, and the Plaintiff will file any reply on or before 5 days thereafter.

Respectfully submitted this 24th day of January, 2008.

| | |
|---|---|
| */s/ Kristofor R. Swanson (via Authority granted on January 24, 2008)* | RONALD J. TENPAS<br>Assistant Attorney General |
| Robert M. Adler, Bar #62950<br>Gerald H. Yamada, Bar #194092<br>O'CONNOR & HANNAN, L.L.P.<br>1666 K Street, N.W., Suite 500<br>Washington, D.C. 20006-2803<br>Tel: (202) 887-1428<br>Fax: (202) 785-4047<br>Radler@oconnorhannan.com<br>Gyamada@oconnorhannan.com | */s/ Kristofor R. Swanson*<br><br>SARA E. COSTELLO (KS #20898)<br>United States Department of Justice<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Tel: (202) 305-0466<br>Fax: (202) 305-0267<br>Email: sara.costello@usdoj.gov |
| *Attorneys for the St. Croix Chippewa Indians of Wisconsin* | KRISTOFOR R. SWANSON<br>(Colo. Bar No. 39378)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Tel: (202) 305-0248<br>Fax: (202) 305-0506<br>Email: kristofor.swanson@usdoj.gov |
| Of Counsel:<br>Andrew Adams, III<br>St. Croix Chippewa Indians of Wisconsin<br>24663 Angeline Avenue<br>Webster, WI 54893 | *Attorneys for Federal Defendants*<br><br>Of Counsel:<br><br>Jonathan Damm<br>U.S. Department of the Interior<br>Office of the Solicitor<br>Division of Indian Affairs |

IT IS SO ORDERED:

_____
RICHARD J. LEON
United States District Judge

_____
Date