IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| *v.* | ) ) | Civ. No. 1:07-cv-02210-RJL |
| DIRK KEMPTHORNE, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. Pro. 6(b), Defendants Dirk Kempthorne and Carl J. Artman ("Federal Defendants") move for an enlargement of seven (7) days, to and including February 1, 2008, to file their Response to Plaintiff St. Croix Chippewa Indians of Wisconsin's ("Plaintiff") Motion to Seal Pending Further Order of This Court (Dkt. No. 22).

Good cause exists for this extension. On January 14, 2008, Plaintiff filed a Motion to Seal Pending Further Order of This Court (Dkt. No. 22). Federal Defendants' Response to this Motion is due on January 25, 2008. At this time, the parties are engaged in discussions regarding the materials referenced in Plaintiff's Motion. A short extension is necessary to allow the parties to complete such discussions. In accordance with Local Civil Rule 7(m), counsel for Federal Defendants consulted and discussed this matter with counsel for Plaintiff, who represented that Plaintiff concurs with this motion.

Dated: January 25, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

      */s/ Kristofor R. Swanson*

SARA E. COSTELLO
(KS No. 20898)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0466
Fax: 202-305-0267
Sara.Costello@usdoj.gov

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

Of Counsel:

Jonathan Damm
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>DIRK KEMPTHORNE, et al.,  )<br>)<br>*Defendants*.  )<br>) | Civ. No. 1:07-cv-02210-RJL |

**[PROPOSED] ORDER**

This matter is before the Court on Federal Defendants' Unopposed Motion for an Extension of Time. IT IS SO ORDERED, that Federal Defendants' Unopposed Motion for an Extension of Time is GRANTED and Defendant's Response to Plaintiff's Motion to Seal Pending Further Order of This Court (Dkt. No. 22) is due on February 1, 2008.

DONE THIS _____ DAY OF _____, 2008.

BY THE COURT:

_____
Richard J. Leon
United States District Judge