IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ST. CROIX CHIPPEWA<br>INDIANS OF WISCONSIN | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Civ. No. 1:07-cv--02210-RJL |
| DIRK KEMPTHORNE, et al. | ) <br> ) | Next Scheduled Court Deadline: <br> Federal Defendants' Response to |
| Defendants. | ) <br> ) | Plaintiff's Motion to Seal on <br> February 1, 2008 |

### PLAINTIFF'S WITHDRAWAL OF MOTION

The Plaintiff, by and through counsel, hereby withdraws its Motion to Seal filed with this Court on or about January 14, 2008 [Docket No. 22]. The issues presented by this motion have been resolved by the parties by the redacted document which is attached as Exhibit A to the Plaintiff's Notice of Filing which will be contemporaneously filed with this Court.

The Plaintiff respectfully requests that all copies of its Memorandum filed

152700

in support of the above-referenced Motion, together with the attached exhibits, be returned to its undersigned counsel.

                        Respectfully submitted,

                        /s/  Robert M. Adler
                        Robert M. Adler, Bar #62950
                        Gerald H. Yamada, Bar #194092
                        O'CONNOR & HANNAN, L.L.P.
                        1666 K Street, N.W., Suite 500
                        Washington, D.C. 20006-2803
                        (202) 887-1428
                        Fax:  (202) 785-4047
                        Radler@oconnorhannan.com
                        Gyamada@oconnorhannan.com

                        *Attorneys for the St. Croix Chippewa Indians of Wisconsin*

                        Of Counsel:
                        Andrew Adams, III
                        St. Croix Chippewa Indians of Wisconsin
                        24663 Angeline Avenue
                        Webster, WI 54893

Dated:  January 29, 2008