UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN, | ) ) ) ) |
| Plaintiff, | ) ) Civil Case No. 07-2210 (RJL) |
| v. | ) ) |
| DIRK KEMPTHORNE, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 21st day of February, 2008, hereby

**ORDERED** that plaintiff's Motion for Preliminary Injunction [#4] is DENIED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

(N)