IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS )<br>OF WISCONSIN )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>DIRK KEMPTHORNE, et al. )<br> )<br>    **Defendants.** )<br>_____) | Civ. No. 1:07-cv--02210-RJL |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, the St. Croix Chippewa Indians of Wisconsin, appeals to the United States Court of Appeals for the District of Columbia Circuit the Order in this action filed on February 22, 2008 denying the Plaintiff's Motion for a Preliminary Injunction [Docket No. 35].

Respectfully submitted,

   /s/ Robert M. Adler
Robert M. Adler, Bar #62950
Gerald H. Yamada, Bar #194092
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1400

*Attorneys for the St. Croix Chippewa*
*Indians of Wisconsin*

Of Counsel:
Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Dated: April 8, 2008

153304