IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS )<br>OF WISCONSIN                )<br>                                                     )<br>        Plaintiff,                          )<br>                                                     )<br>v.                                                )<br>                                                     )<br>DIRK KEMPTHORNE, et al.     )<br>                                                     )<br>        Defendants.                    )<br>_____ ) | Civ. No. 1:07-cv--02210-RJL<br><br>Next Scheduled Court Deadline:<br>Status Conference at 11:00 A.M. on<br>June 30, 2008 |

**PLAINTIFF'S MOTION TO RESET STATUS CONFERENCE**

The Plaintiff, by and through Counsel, hereby moves this Court to reset the Status Conference set for 11:00 a.m. on June 30, 2008 to a time and date convenient to the Court. The undersigned Counsel will be out of town on June 30, 2008. Christopher Swanson, Department of Justice attorney, will likely be leaving on travel on June 30, 2008 and, if that occurs, will be out of town the balance of the week. He has consented to this motion. Counsel for both parties with be available on the afternoon of June 23 or the morning of June 24 or 25, 2008.

Wherefore, for good cause shown, the Plaintiff requests that its Motion be granted.

154921_1.DOC

        Respectfully submitted,


        ‎/s/  Robert M. Adler
        Robert M. Adler, Bar #62950
        Gerald H. Yamada, Bar #194092
        O'CONNOR & HANNAN, L.L.P.
        1666 K Street, N.W., Suite 500
        Washington, D.C. 20006-2803
        (202) 887-1400

*Attorneys for the St. Croix Chippewa Indians of Wisconsin*


Of Counsel:
Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Dated:  June 4, 2008

IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS ) <br> OF WISCONSIN                    ) <br>                                ) <br>      Plaintiff,               ) <br>                                ) <br> v.                             ) <br>                                ) <br> DIRK KEMPTHORNE, et al.         ) <br>                                ) <br>      Defendants.              ) <br> _____) | Civ. No. 1:07-cv--02210-RJL <br><br> Next Scheduled Court Deadline: <br> Status Conference at 11:00 A.M. on <br> June 30, 2008 |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PLAINTIFF'S MOTION TO RESET STATUS CONFERENCE

The Plaintiff by and through Counsel, hereby submits this memorandum in support of its motion to reset the Status Conference presently scheduled for 11:00 a.m. on June 30, 2008 to another time and date convenient to the Court. Counsel for the Government has consented to this Motion.

The undersigned Counsel for the Plaintiff will be out of town on June 30, 2008. Christopher Swanson, Department of Justice attorney, will likely be leaving on travel on June 30, 2008 and, if that occurs, will be out of town the balance of the week.

Counsel for both parties with be available on the afternoon of June 23 or the morning of June 24 or 25, 2008 and respectfully request that the status conference be reset to one of these dates and times.

### CONCLUSION

For the foregoing reasons, the Plaintiff requests that its Motion be granted.

154921_1.DOC

        Respectfully submitted,


          /s/  Robert M. Adler
        Robert M. Adler, Bar #62950
        Gerald H. Yamada, Bar #194092
        O'CONNOR & HANNAN, L.L.P.
        1666 K Street, N.W., Suite 500
        Washington, D.C. 20006-2803
        (202) 887-1400

        *Attorneys for the St. Croix Chippewa Indians of Wisconsin*


        Of Counsel:
        Andrew Adams, III
        St. Croix Chippewa Indians of Wisconsin
        24663 Angeline Avenue
        Webster, WI 54893

Dated:  June 4, 2008

154921_1.DOC

IN THE UNITED STATES THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al. )<br>)<br>Defendants. )<br>) | Civ. No. 1:07-cv--02210-RJL |

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Reset the Status Conference set for this matter for 11:00 a.m. on June 30, 2008 which has been consented to by Counsel for the Government and good cause having been found, it is this _____ day of June, 2008,

HEREBY ORDERED that the Status Conference set for 11:00 a.m. on June 30, 2008 be and is hereby continued to _____, 2008.

 

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

154922_1.DOC