## IN THE UNITED STATES THE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ST. CROIX CHIPPEWA INDIANS OF WISCONSIN | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 1:07-cv-02210-RJL |
| v. | ) ) | Next Scheduled Court Deadline: |
| DIRK KEMPTHORNE, et al. | ) ) | Plaintiff's Supplemental Memorandum in Response to the Defendants' Motion |
| Defendants. | ) ) | to Dismiss to be filed on or before July 11, 2008 |

### NOTICE OF CHANGE OF FIRM NAME

Please take notice that on **July 1, 2008** the undersigned counsels' law firm changed its name to Nossaman LLP/O'Connor & Hannan.  This was the result of a merger between O'Connor & Hannan, L.L.P. and Nossaman LLP.  The address and phone numbers remain the same.

Please also take notice that the new e-mail addresses for Robert M. Adler and Gerald H. Yamada are:

> Radler@nossaman.com
> Gyamada@nossaman.com.

Please update your system, service list, and records accordingly.

Respectfully submitted,

/s/  Robert M. Adler
Robert M. Adler, Bar #62950
Gerald H. Yamada, Bar #194092
NOSSAMAN LLP/O'CONNOR & HANNAN
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
(202) 887-1428
Fax:  (202) 785-4047
Radler@nossaman.com
Gyamada@nossaman.com
*Attorneys for the St. Croix Chippewa Indians of Wisconsin*

155465

Of Counsel:
Andrew Adams, III
St. Croix Chippewa Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Dated:  July 9, 2008